IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**MATTHEW RAY LESOWSKE**,

    Plaintiff,

    v.

**NANCY A. BERRYHILL**[1]
Commissioner of Social Security
Administration,

    Defendant.

Case No. 3:15-cv-2261-KI

**JUDGMENT**

Merrill Schneider
Schneider Kerr Law Offices
P.O. Box 14490
Portland, OR 97293

    Attorneys for Plaintiff

Billy J. Williams
United States Attorney
Janice E. Hebert
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.

PAGE 1 – JUDGMENT

Sarah Moum
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-2075

    Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

**IT IS SO ORDERED**.

DATED this   7th   day of  March     , 20 17 .

    /s/ Garr M. King_____
    Garr M. King
    United States District Judge